**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| ADAM WILDER, | : Case No. 3:25-cv-231 |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| GASTRO HEALTH, | : District Judge Michael J. Newman |
| *also known as*, | : Magistrate Judge Peter B. Silvain, Jr. |
| GCGA Physicians, LLC, | : |
| | : |
| Defendant. | : |

---

### ORDER OF REFERENCE

---

This case is hereby referred to United States Magistrate Judge Caroline H. Gentry solely

for the purposes of conducting a mediation.  Magistrate Judge Gentry shall have full authority to

conduct the mediation and shall report to District Judge Michael J. Newman whether or not it has

resulted in settlement of this case.

**IT IS SO ORDERED.**

May 4, 2026 _____

*s/Peter B. Silvain, Jr.* _____
Peter B. Silvain, Jr.
United States Magistrate Judge
ADR Coordinator